FILED

2015 FEB 10 PM 1:46

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL CERRATO

CASE NO. 8:15-Cr-34-T-33MAP

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 5, 2015, in the Middle District of Florida, the defendant,

MICHAEL CERRATO,

who, on that date, had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

- **Possession of cocaine,** in the 6th Judicial Circuit Court in and for Pinellas County, Florida, Case Number CRC 07-17158CFANO-K, on or about March 10, 2008;

- **Sale of cocaine,** in the 6th Judicial Circuit Court in and for Pinellas County, Florida, Case Number CRC 07-09319CFANO-K, on or about March 10, 2008;

- **Possession of cocaine,** in the 6th Judicial Circuit Court in and for Pinellas County, Florida, Case Number CRC 07-09319CFANO-K, on or about March 10, 2008;

- **Possession of cocaine,** in the 6th Judicial Circuit Court in and for Pinellas County, Florida, Case Number CRC 07-17158CFANO-K, on or about October 22, 2007;

- **Failure to Appear,** in the 6th Judicial Circuit Court in and for Pinellas County, Florida, Case Number CRC 05-21714CFANO-K, on or about December 12, 2005; and

- **Possession of marijuana,** in the 6th Judicial Circuit Court in and for Pinellas County, Florida, Case Number CRC 05-03978, on or about December 12, 2005,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Ruger handgun and 6 rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Count One of this Indictment, the defendant, MICHAEL CERRATO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved or used in the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
NATALIE HIRT ADAMS
Assistant United States Attorney

By: _____
SIMON GAUGUSH,
Assistant United States Attorney
Chief, General Crimes Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## MICHAEL CERRATO

## INDICTMENT

Violations:

18 U.S.C. § 922(g) and § 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this _____ day

of February, 2015.

_____
Clerk

Bail   $_____

GPO 863 525

f_Indictment Back.docx